| | |
|---|---|
| Travis A. Gagnier<br>Attorney at Law<br>33507 Ninth Avenue South, Bldg. F<br>P.O. Box 3949<br>Federal Way, WA 98063-3949<br>253-941-0234  Fax: 941-0476 | Judge Philip H. Brandt<br>CHAPTER 13<br>Hearing Date: October 8, 2009<br>Hearing Time: 9:00 a.m.<br>Response Date: October 1, 2009 |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>**STEWART, Helen,**<br><br>Debtor. | NO. 09-16727<br><br>**MOTION TO APPROVE SALE OF REAL PROPERTY, NOTICE OF HEARING and PROOF OF SERVICE** |

COMES NOW the Debtor, by and through her attorney, Travis A. Gagnier, and moves the court for an order approving the sale of the real property, which is legally described as follows:

> LOT 14, BLOCK 1, HALLBERGS ONE QUARTER ACRE ACRE TRACTS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 25 OF PLATS, PAGE(S) 22, IN KING COUNTY, WASHINGTON.

The street address of the property is 7215 – 33rd Avenue South, Seattle, WA 98118-3507.

The sale price of the property is $209,000.00.  A copy of the signed Real Estate Purchase and Sale Agreement is attached hereto.  There is one lien on the property, which is a note and deed of trust with BAC Home Loans (fka Countrywide Home Loans) in the amount of approximately $252,984.00.

MOTION TO APPROVE SALE OF
REAL PROPERTY, NOTICE OF
HEARING and PROOF OF SERVICE - 1

TRAVIS A. GAGNIER
ATTORNEY AT LAW
33507 Ninth Avenue S, Bldg F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234 Fax: 941-0476

There are also agents' fees, excise taxes, escrow fees and other closing costs associated with the sale, which, of course, will need to be paid. All fees and costs associated with the sale should be paid from closing.

This is a fair market sale done by real estate professionals. The best possible price was obtained. The house has been on the market for several months. Under the accepted offer, the mortgage creditor(s) will receive full payment of such amounts as they agree to accept under the terms of a "short sale", with any balance becoming unsecured. The fees and costs associated with the sale will be paid. Debtor will receive nothing from the sale.

This is an arms-length transaction and in the best interest of all parties. It also effectuates the policy of obtaining a fresh start for the Debtor in retaining as much credit-worthiness for her as possible in that she avoids a foreclosure on the property. This way, she will have a better chance of obtaining a mortgage in the future. It is difficult, if not impossible, to obtain a mortgage after a foreclosure. The Debtor's option herein, foreclosure, serves no party. All parties are better off under the proffered sale. The proceeds of the sale should be distributed to pay the mortgage creditor(s) pursuant to the terms of the "short sale" arrangement up to full payment of their liens and then all professionals and sale costs should be paid pursuant to whatever arrangement or agreement can be reached as to those fees and costs, up to payment in full of them.

The sale price may not be enough to pay all lien holders in full along with the professional fees and costs associated with the sale, closing and taxes. Debtor wishes to proceed with obtaining the approval of the court to sell the property. The order provides that the lien holder(s) will be paid in full or such amount as each may later accept as a "short sale" to permit the property to be sold,

MOTION TO APPROVE SALE OF
REAL PROPERTY, NOTICE OF
HEARING and PROOF OF SERVICE - 2

TRAVIS A. GAGNIER
ATTORNEY AT LAW
33507 Ninth Avenue S, Bldg F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234 Fax: 941-0476

versus foreclosed. The motion and order do not require that the lien holders accept a short sale or require the sale, but give the permission to do so if all parties agree.

Finally, there are attorney fees of the Debtor for services rendered in the bankruptcy case incurred in bringing the above motion and other related services. These additional services required 2.4 hours of time for total fees and costs in the amount of $563.68 (see attached itemization). All fees and costs associated with the sale should be paid from closing. Original attorney fees for the Chapter 13 are being paid through the plan along with any fees and costs of Debtor's counsel not paid from closing. There may be additional costs if attendance at the hearing is necessary.

For the foregoing reasons, the Debtor asks that the court approve the sale free and clear of liens, approve the fees and costs associated with the sale, including all professional fees, and allow the proposed distribution order set forth above.

Respectfully submitted this 1st day of September 2009.


/s/ Travis A. Gagnier
Travis A. Gagnier, #26379

### NOTICE TO CREDITOR OF HEARING

YOU ARE HEREBY NOTIFIED that the foregoing motion will be heard before Judge Philip H. Brandt, 700 Stewart Street, Courtroom 8106, Seattle, WA 98101, on October 8, 2009, at the hour of 9:00 a.m. or as soon thereafter as the Court may direct, at which time you may appear and offer your evidence as to why the motion should not be granted**. IF IT IS YOUR INTENTION TO BE HEARD IN THIS MATTER, YOU MUST GIVE WRITTEN RESPONSE TO THE COURT, 700 STEWART STREET, ROOM 6301, SEATTLE, WA 98101, THE TRUSTEE'S OFFICE, K. MICHAEL FITZGERALD, 600 UNIVERSIY**

MOTION TO APPROVE SALE OF
REAL PROPERTY, NOTICE OF
HEARING and PROOF OF SERVICE - 3

TRAVIS A. GAGNIER
ATTORNEY AT LAW
33507 Ninth Avenue S, Bldg F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234 Fax: 941-0476

**STREET #2200, SEATTLE, WA 98101, AND TO DEBTOR'S ATTORNEY, TRAVIS A. GAGNIER, 33507 NINTH AVENUE SOUTH, BLDG. F, P.O. BOX 3949, FEDERAL WAY, WA 98063-3949**, no later than October 1, 2009, or the order may be entered without a hearing taking place.

Respectfully submitted this 1st day of September 2009.

/s/ Travis A. Gagnier
Travis A. Gagnier, #26379

I declare under penalty of perjury under the laws of the State of Washington that I filed the original of the foregoing with the United States Bankruptcy Court at Seattle and served a true copy thereof to:

| K. Michael Fitzgerald | U.S. Trustee | Honorable Philip H. Brandt |
| Chapter 13 Trustee | | |

via ECF and to:

Debtor            All creditors on the mailing matrix and who requested special notice

via U.S. first-class mail, postage pre-paid, on September 2, 2009.

/s/ Shari L. Moody
Shari L. Moody
Legal Assistant

MOTION TO APPROVE SALE OF
REAL PROPERTY, NOTICE OF
HEARING and PROOF OF SERVICE - 4

TRAVIS A. GAGNIER
ATTORNEY AT LAW
33507 Ninth Avenue S, Bldg F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234 Fax: 941-0476