1

2

3

4

Travis A. Gagnier
Attorney at Law
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA  98063-3949
(253) 941-0234  Fax:  941-0476

Judge Philip H. Brandt
CHAPTER 13
Hearing Date:  October 8, 2009
Hearing Time:  9:00 a.m.
Response Date: October 1, 2009

5

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

6

7

8

9

IN RE:

**STEWART, Helen,**

    Debtor.

NO.  09-16727

**ORDER APPROVING SALE OF REAL ESTATE**

10

11

This matter having come on duly and regularly before the undersigned Judge of the

above entitled Court and the Court being duly advised in the premises,

12

NOW, THEREFORE, IT IS HEREBY ORDERED that:

13

14

1.      The sale of the following-described property is approved:

15

16

LOT 18 OF EARLINGTON RIDGE, AS PER PLAT RECORDED IN VOLUME 226 OF
PLATS, PAGES 66 THROUGH 69, RECORDS OF KING COUNTY AUDITOR;
SITUATE IN THE COUNTY OF KING, STATE OF WASHINGTON.

17

The street address of the property is 8517 South 133rd Place, Seattle, WA 98178.

18

19

2.      The property is sold free and clear of all liens provided there are sufficient funds

to distribute as set forth in paragraph 3 below.

20

21

3.      The proceeds of the sale shall be distributed as follows:

22

23

a.      First, payment in full to the first mortgage company, JPMorgan Chase (fka
Washington Mutual), or the current holder of the lien, or such other
amount as it agrees to accept under the terms of a "short sale";

24

25

26

b.      Second, payment in full of all fees and costs associated with the sale,
including all professional fees and costs, and further including the
fees and costs of Debtors' counsel, Travis A. Gagnier, in the amount
of $563.68, or such other amount as the various parties agree to

27

28

ORDER APPROVING
SALE OF REAL ESTATE - 1

TRAVIS A. GAGNIER
ATTORNEY AT LAW
33507 Ninth Avenue S, Bldg F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234 Fax: 941-0476

accept under the terms of a "short sale"; and,

c.      The remainder, if any, to the Chapter 13 trustee, if any.

4.      All lien holders or their assigns shall release any and all encumbrances placed or held by them on the subject property upon closing.

5.      Upon closing, the closing agent shall provide a Final HUD-1 closing statement to Debtor's counsel, Travis A. Gagnier, at 33507 Ninth Avenue S, Bldg. F, P.O. Box 3949, Federal Way, WA 98063-3949 and to the Chapter 13 Trustee at 600 University Street, Ste. 2200, Seattle, WA 98101.

6.      This order shall be effective immediately. Specifically, it shall not be stayed by BR 6004(g) or LBR 6004(h).

DONE this _____ day of October 2009.

_Karen A. Overstreet_

United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Attorney for Debtor:

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379

Chapter 13 Trustee:

_____
K. Michael Fitzgerald

ORDER APPROVING
SALE OF REAL ESTATE - 2

TRAVIS A. GAGNIER
ATTORNEY AT LAW
33507 Ninth Avenue S, Bldg F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234 Fax: 941-0476