| Travis A. Gagnier | Judge Philip H. Brandt |
|---|---|
| Attorney at Law | CHAPTER 13 |
| 33507 Ninth Avenue South, Bldg. F | Hearing Date: October 8, 2009 |
| P.O. Box 3949 | Hearing Time: 9:00 a.m. |
| Federal Way, WA 98063-3949 | Response Date: October 1, 2009 |
| (253) 941-0234  Fax: 941-0476 | |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| IN RE: | NO. 09-16727 |
|---|---|
| **STEWART, Helen,** | **ORDER APPROVING SALE OF REAL ESTATE** |
| Debtor. | |

This matter having come on duly and regularly before the undersigned Judge of the above entitled Court and the Court being duly advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The sale of the following-described property is approved:

   LOT 14, BLOCK 1, HALLBERGS ONE QUARTER ACRE ACRE TRACTS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 25 OF PLATS, PAGE(S) 22, IN KING COUNTY, WASHINGTON.

The street address of the property is 7215 – 33rd Avenue South, Seattle, WA 98118-3507.

2. The property is sold free and clear of all liens provided there are sufficient funds to distribute as set forth in paragraph 3 below.

3. The proceeds of the sale shall be distributed as follows:

   a. First, payment in full to the first mortgage company, BAC Home Loans (fka Countrywide Home Loans), or the current holder of the lien, or such other amount as it agrees to accept under the terms of a "short sale";

   b. Second, payment in full of all fees and costs associated with the sale, including all professional fees and costs, and further including the

ORDER APPROVING
SALE OF REAL ESTATE - 1

TRAVIS A. GAGNIER
ATTORNEY AT LAW
33507 Ninth Avenue S, Bldg F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234 Fax: 941-0476

Case 09-16727-PHB    Doc 40    Filed 10/02/09    Entered 10/02/09 08:19:16    Page 1 of 2

fees and costs of Debtors' counsel, Travis A. Gagnier, in the amount of $563.68, or such other amount as the various parties agree to accept under the terms of a "short sale"; and,

    c.    The remainder, if any, to the Chapter 13 trustee, if any.

4.    All lien holders or their assigns shall release any and all encumbrances placed or held by them on the subject property upon closing.

5.    Upon closing, the closing agent shall provide a Final HUD-1 closing statement to Debtor's counsel, Travis A. Gagnier, at 33507 Ninth Avenue S, Bldg. F, P.O. Box 3949, Federal Way, WA 98063-3949 and to the Chapter 13 Trustee at 600 University Street, Ste. 2200, Seattle, WA 98101.

6.    This order shall be effective immediately. Specifically, it shall not be stayed by BR 6004(g) or LBR 6004(h).

DONE this _____ day of October 2009.

/s/ Karen A. Overstreet
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Attorney for Debtor:

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379

Chapter 13 Trustee:

_____
K. Michael Fitzgerald

ORDER APPROVING
SALE OF REAL ESTATE - 2

TRAVIS A. GAGNIER
ATTORNEY AT LAW
33507 Ninth Avenue S, Bldg F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234 Fax: 941-0476