United States Bankruptcy Court  
Western District of Washington at Seattle

In RE:                                                                            Chapter 13 Case # 09-16727

Helen Teresa Stewart  
8517 S 133Rd Place  
Seattle,Wa 98178

Debtor(s)

## Chapter 13 Trustee's Report of Filed Claims
February 11, 2010

The office of the Chapter 13 Trustee reports that both the governmental and non-governmental bar dates have expired in the above-encaptioned case. The Trustee's staff has examined the schedules of debts filed in this case as well as the records of the Clerk of the United States Bankruptcy Court. Based upon that examination, the Trustee's office submits the following report of the names and addresses of the creditors who have timely filed a proof of claim in this case, together with the amount set forth on each such claim. Scheduled creditors who have failed to timely file a proof of claim are also listed.

                                                  K. Michael Fitzgerald  
                                                  Chapter 13 Trustee

Chapter 13 Case No. 09-16727

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| 1St Data<br>4000 Coral Ridge Drive<br>Coral Springs,FL 33065 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 520413617000 |
| 40 / 0019 | | Pay: 0.00%     Int%: 0.00 |
| Afts Contract Servicing<br>151 S Lander St Suite C<br>Seattle,WA 98168 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 108884 |
| 40 / 0020 | | Pay: 0.00%     Int%: 0.00 |
| Alaska Usa Fcu<br>Po Box 196020<br>Anchorage,AK 99519 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 970264646901 |
| 40 / 0021 | | Pay: 0.00%     Int%: 0.00 |
| Alaska Usa Federal Credit Un<br>Po Box 196613<br>Anchorage,AK 99519-6613 | $1,481.93 | Unsecured<br><br>Comm:<br>Acct # *469L11 |
| 105983    40 / 0004 | | Pay: 0.00%     Int%: 0.00 |

| Creditor | Amount | Class | Account Info | Pay% | Int% |
|---|---|---|---|---|---|
| Alaska Usa Federal Credit Un<br>Po Box 196613<br>Anchorage, AK 99519-6613<br>105983    40 / 0005 | $2,617.18 | Unsecured | Comm:<br>Acct # *982 visa ending 1695 | 0.00% | 0.00 |
| American Home Mtg Svci<br>4600 Regent Blvd Ste 200<br>Irving, TX 75063<br>          40 / 0022 | $0.00 | Not Filed | Comm:<br>Acct # 6470020310090 | 0.00% | 0.00 |
| Becket & Lee Llp<br>Po Box 3001<br>Malvern, PA 19355<br>083609    40 / 0023 | $615.65 | Unsecured | Comm: American express<br>Acct # *2005 | 0.00% | 0.00 |
| Becket & Lee Llp<br>Po Box 3001<br>Malvern, PA 19355<br>083609    40 / 0052 | $319.05 | Unsecured | Comm: not orig listed/American Express<br>Acct # *2009 | 0.00% | 0.00 |
| Becket & Lee Llp<br>Po Box 3001<br>Malvern, PA 19355<br>083609    40 / 0053 | $23.33 | Unsecured | Comm: not orig listed/American Express<br>Acct # *1001 | 0.00% | 0.00 |
| Becu<br>Po Box 84707<br>Seattle, WA 98124-6007<br>          98 / 0026 | $0.00 | Notice Only | Comm:<br>Acct # | 0.00% | 0.00 |
| Boeing Employee Cr Union<br>Bankruptcy Management Ms1056-1<br>Po Box 97050<br>Seattle, WA 98124<br>010235    40 / 0024 | $0.00 | Not Filed | Comm:<br>Acct # | 0.00% | 0.00 |
| Boeing Employee Cr Union<br>Bankruptcy Management Ms1056-1<br>Po Box 97050<br>Seattle, WA 98124<br>010235    40 / 0025 | $14,573.15 | Unsecured | Comm:<br>Acct # 161820 | 0.00% | 0.00 |
| Boeing Employee Cr Union<br>Bankruptcy Management Ms1056-1<br>Po Box 97050<br>Seattle, WA 98124<br>010235    40 / 0027 | $9,823.75 | Unsecured | Comm:<br>Acct # 161748 | 0.00% | 0.00 |

| Creditor | Amount | Status / Details |
|---|---|---|
| Boeing Employee Cr Union<br>Bankruptcy Management Ms1056-1<br>Po Box 97050<br>Seattle,WA 98124<br>010235      8 / 0009 | $9,113.23 | Secured By Vehicle<br>@ $195.00 Per Month<br>Comm: 05 Nissan Quest/SD 8-09/per plan app<br>Acct # 8627<br>Pay: 100.00%      Int%:   5.00 |
| Boeing Employees Credit Union<br>12770 Gateway Dr<br>Tukwila,WA 98168<br><br>            98 / 0010 | $0.00 | Notice Only<br><br>Comm:<br>Acct #<br>Pay: 0.00%      Int%:   0.00 |
| City Of Renton<br>Po Box 9119<br>Renton,WA 98057<br><br>            40 / 0003 | $930.44 | Unsecured<br><br>Comm:<br>Acct # 9680<br>Pay: 0.00%      Int%:   0.00 |
| City Of Seattle<br>Po Box 34016<br>Seattle,WA 98124-1016<br><br>            92 / 0057 | $0.00 | Not Filed<br><br>Comm: Amnd sched 10-12-09<br>Acct # x5712<br>Pay: 0.00%      Int%:   0.00 |
| Clerk Of Bankruptcy Court<br>Finance Dept    Us Court House<br>700 Stewart St, 6Th Flr #6301<br>Seattle,WA 98101<br>200000      1 / 0000 | $274.00 | Filing Fee<br><br>Comm:<br>Acct #<br>Pay: 100.00%      Int%:   0.00 |
| Countrywide Home Loans<br>P.O. Box 10287<br>Van Nuys,CA 91410-0287<br><br>            98 / 0007 | $0.00 | Notice Only<br><br>Comm: BAC Home Loans/Countrywide<br>Acct #<br>Pay: 0.00%      Int%:   0.00 |
| Countrywide Home Loans Inc<br>7105 Corporate Dr<br>Ms-Ptx-B-209<br>Plano,TX 75024<br>040942      98 / 0006 | $0.00 | Relief Granted<br><br>Comm: 1st mt/NO foreclosure prior to 12-31-0<br>Acct # 5316/RFS Gntd 9-16-09<br>Pay: 100.00%      Int%:   0.00 |
| Dex Media<br>3700 Pacific Hwy E Ste 100<br>Tacoma,WA 98424<br><br>            40 / 0028 | $0.00 | Not Filed<br><br>Comm:<br>Acct #<br>Pay: 0.00%      Int%:   0.00 |
| First National Bank Of Omaha<br>1620 Dodge St<br>Consumer Credit Center<br>Omaha,NE 68102-1596<br>041449      40 / 0029 | $3,120.81 | Unsecured<br><br>Comm:<br>Acct # 3756<br>Pay: 0.00%      Int%:   0.00 |

| Creditor | Amount | Status |
|---|---|---|
| Fnb Omaha<br>Po Box 3412<br>Omaha,NE 68197<br>40 / 0030 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 419823476017937<br>Pay: 0.00%　　　Int%:　0.00 |
| Foxwood Hoa<br>% Wpm South Llc<br>13106 Se 240Th St #103<br>Kent,WA 98031<br>92 / 0055 | $0.00 | Not Filed<br><br>Comm: amnd sched 9-16-09<br>Acct # 24324<br>Pay: 0.00%　　　Int%:　0.00 |
| Group Health<br>Po Box 34365<br>Seattle,WA 98124<br>40 / 0033 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 210176<br>Pay: 0.00%　　　Int%:　0.00 |
| Home Depot<br>Po Box 6028<br>The Lakes,NV 88901-6028<br>40 / 0034 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 6035320031320227<br>Pay: 0.00%　　　Int%:　0.00 |
| Jpmorgan Chase<br>7255 Baymeadows Way<br>Mailstop Jaxb2007<br>Jacksonville,FL 32256<br>98 / 0059 | $0.00 | Relief Granted<br><br>Comm: 1st mtg/8517 S 133rd Pl/no foreclsr be<br>Acct # 8678/WA0911242/RFS Grntd 12-23-0<br>Pay: 100.00%　　Int%:　0.00 |
| Jpmorgan Chase<br>7255 Baymeadows Way<br>Mailstop Jaxb2007<br>Jacksonville,FL 32256<br>98 / 0015 | $0.00 | No Provision<br><br>Comm: to be sold/ 2nd Mtg /8517 S 133rd Pl<br>Acct # 8694/WA0911380<br>Pay: 100.00%　　Int%:　0.00 |
| King Co Off Of Finance<br>500 4Th Ave #600<br>Seattle,WA 98104-2387<br>014418　　98 / 0011 | $0.00 | No Provision<br><br>Comm: to be sold/7215 33rd Ave<br>Acct #<br>Pay: 100.00%　　Int%:　12.00 |
| King Co Off Of Finance<br>500 4Th Ave #600<br>Seattle,WA 98104-2387<br>014418　　98 / 0012 | $0.00 | No Provision<br><br>Comm: to be sold/8517 S 133rd Pl<br>Acct #<br>Pay: 100.00%　　Int%:　12.00 |
| King Co Off Of Finance<br>500 4Th Ave #600<br>Seattle,WA 98104-2387<br>014418　　98 / 0013 | $0.00 | No Provision<br><br>Comm: to be sold/329 S 21st<br>Acct #<br>Pay: 100.00%　　Int%:　12.00 |

| Creditor | Amount | Status |
|---|---|---|
| King Co Wastewater Treatment<br>201 S Jackson St Ksc-Nr-0502<br>Seattle,WA 98104<br>295301    40 / 0043 | $1,279.34 | Unsecured<br><br>Comm:<br>Acct # 9754<br>Pay: 0.00%            Int%:   0.00 |
| Macy'S<br>Po Box 6938<br>The Lakes,NV 88901-6938<br><br>98 / 0037 | $0.00 | Notice Only<br><br>Comm:<br>Acct #<br>Pay: 0.00%            Int%:   0.00 |
| Macys/Fdsb<br>9111 Duke Blvd<br>Mason,OH 45040<br><br>40 / 0036 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 486030219<br>Pay: 0.00%            Int%:   0.00 |
| Northwest Trustee Svc Inc<br>P.O. Box 997<br>Bellevue,WA 98009-0997<br><br>98 / 0008 | $0.00 | Notice Only<br><br>Comm: BAC Home Loans/Countrywide<br>Acct #<br>Pay: 0.00%            Int%:   0.00 |
| Onewest Bank<br>155 N Lake Ave<br>Pasadena,CA 91101<br><br>98 / 0014 | $0.00 | Relief Granted<br><br>Comm: 1st mtg/t/b sold/329 S 21st/no foeclosu<br>Acct # 7017/RFS Grntd 9-24-09<br>Pay: 100.00%          Int%:   0.00 |
| Onewest Bank<br>6900 Beatrice Dr<br>Kalamazoo,MI 49009<br><br>40 / 0038 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 6683001837255<br>Pay: 0.00%            Int%:   0.00 |
| Portfolio Recovery Assoc<br>Po Box 12914<br>Norfolk,VA 23541<br>352291    40 / 0031 | $1,025.26 | Unsecured<br><br>Comm: GE Money Bank/JC Penney<br>Acct # 9312<br>Pay: 0.00%            Int%:   0.00 |
| Portfolio Recovery Assoc<br>Po Box 12914<br>Norfolk,VA 23541<br>352291    40 / 0032 | $10,047.44 | Unsecured<br><br>Comm: GE Money Bank/Sams Club<br>Acct # 0069<br>Pay: 0.00%            Int%:   0.00 |
| Puget Sound Energy<br>Po Box 90868<br>Closed Accts Dept Bot-01G<br>Bellevue,WA 98009<br>276774    92 / 0058 | $0.00 | Not Filed<br><br>Comm: Amnd sched 10-12-09<br>Acct # x8034<br>Pay: 0.00%            Int%:   0.00 |

| | | |
|---|---|---|
| Quality Loan Service Corp Of W<br>600 Winslow Way E, Ste 234<br>Bainbridge Island,WA 98110<br><br>98 / 0016 | $0.00 | Notice Only<br><br>Comm: Washington Mutual<br>Acct #<br>Pay: 0.00%    Int%:   0.00 |
| Quality Loan Service Corp.<br>2141 5Th Avenue<br>San Diego,CA 92101<br><br>98 / 0017 | $0.00 | Notice Only<br><br>Comm: Washington Mutual<br>Acct #<br>Pay: 0.00%    Int%:   0.00 |
| Rodnay Olsen<br>% Law Office Of Marc Stern<br>1825 Nw 65Th St<br>Seattle,WA 98117<br>98 / 0039 | $0.00 | No Provision<br><br>Comm: to be sold/7215 33rd Ave<br>Acct #<br>Pay: 0.00%    Int%:   0.00 |
| Routh Crabtree Olsen Ps<br>3535 Factoria Blvd Se #200<br>Bellevue,WA 98006<br><br>068706       98 / 0051 | $0.00 | 2002 Notice<br><br>Comm: Countrywide Home Loan<br>Acct #<br>Pay: 0.00%    Int%:   0.00 |
| Routh Crabtree Olsen Ps<br>3535 Factoria Blvd Se #200<br>Bellevue,WA 98006<br><br>068706       98 / 0054 | $0.00 | 2002 Notice<br><br>Comm: One West Bank/Indymac Bank<br>Acct #<br>Pay: 0.00%    Int%:   0.00 |
| Sears/Cbsd<br>133200 Smith Rd<br>Cleveland,OH 44130<br><br>40 / 0040 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 504994800532<br>Pay: 0.00%    Int%:   0.00 |
| Sears/Cbsd<br>Po Box 6189<br>Sioux Falls,SD 57117<br><br>40 / 0041 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 78553313<br>Pay: 0.00%    Int%:   0.00 |
| Seattle Public Utilities<br>700 5Th Ave, Ste 3100<br>Seattle,WA 98104-5020<br><br>40 / 0042 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 2508308245712<br>Pay: 0.00%    Int%:   0.00 |
| Soos Creek Water And Sewer<br>Po Box 34677<br>Seattle,WA 98124<br><br>40 / 0044 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 0350288600<br>Pay: 0.00%    Int%:   0.00 |

| Creditor | Amount | Status |
|---|---|---|
| Specialized Loan Servi<br>8742 Lucent Blvd Ste 300<br>Highlands Ranch,CO 80129<br><br>40 / 0045 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 1000654871<br>Pay: 0.00%    Int%:   0.00 |
| Thd/Cbsd<br>Po Box 6497<br>Sioux Falls,SD 57117<br><br>40 / 0046 | $0.00 | Not Filed<br><br>Comm:<br>Acct # 6035320031320227<br>Pay: 0.00%    Int%:   0.00 |
| Travis Gagnier<br>Po Box 3949<br>Federal Way,WA 98063-3949<br>datty    22 / 0056 | $0.00 | Additional Attorney Fee<br><br>Comm: to be paid from sale<br>Acct # Per 10-5-09 CTO<br>Pay: 100.00%   Int%:   0.00 |
| Tsys Debt Mgmt Inc<br>Po Box 137<br>Columbus,GA 31902<br><br>446019    40 / 0002 | $1,118.96 | Unsecured<br><br>Comm: Macy's<br>Acct # 6899<br>Pay: 0.00%    Int%:   0.00 |
| Us Treasury/Irs<br>Po Box 21125<br>Philadelphia,PA 19114<br><br>018387    32 / 0050 | $0.00 | Irs<br><br>Comm: I08/Revised<br>Acct # x7499<br>Pay: 100.00%   Int%:   0.00 |
| Us Treasury/Irs<br>Po Box 21126<br>Philadelphia,PA 19114<br><br>018386    98 / 0001 | $0.00 | Notice Only<br><br>Comm:<br>Acct #<br>Pay: 0.00%    Int%:   0.00 |
| Us Treasury/Irs<br>Po Box 21125<br>Philadelphia,PA 19114<br><br>018387    40 / 0035 | $0.00 | Unsecured<br><br>Comm:<br>Acct # x7499<br>Pay: 0.00%    Int%:   0.00 |
| Wash St Dept Of Revenue<br>2101 4Th Ave #1400<br>Seattle,WA 98121<br><br>011155    40 / 0049 | $875.00 | Unsecured<br><br>Comm: not orig listed<br>Acct # 602745867<br>Pay: 0.00%    Int%:   0.00 |
| Wash St Dept Of Revenue<br>2101 4Th Ave #1400<br>Seattle,WA 98121<br><br>011155    32 / 0048 | $4,000.00 | State/Local Taxes<br><br>Comm: not orig listed<br>Acct # 602745867<br>Pay: 100.00%   Int%:   0.00 |

| | | |
|---|---|---|
| Washington Mutual Fa<br>Po Box 1093<br>Northridge,CA 91328 | $0.00 | Not Filed |
| | | Comm:<br>Acct # 1560691088694 |
| 40 / 0047 | Pay: 0.00% | Int%: 0.00 |
| Washington Mutual Home Loans<br>P.O. Box 100500<br>Florence,SC 29501-0500 | $0.00 | Notice Only |
| | | Comm:<br>Acct # |
| 98 / 0018 | Pay: 0.00% | Int%: 0.00 |

**Total Claimed Amount: $61,238.52**

To Debtor:

Shown above is a report of your creditors' names and addresses, and the amounts of their claims. The above figures do not reflect any payments and may not be the current balances. They are the ORIGINAL amounts shown on the proofs of claim filed by your creditors. This list is not an audit and does not include the Trustee's administrative charges, although it does include your attorney's fees, if any, paid through the plan.

Please check this report carefully. If you dispute any amounts claimed by your creditors you must contact your attorney. A copy of this report has been forwarded to your attorney.

Pursuant to rule 3007-1(b) of the local rules of bankruptcy procedure, objections to claims must be filed and served no later than ninety (90) days after February 11, 2010, the date the Chapter 13 Trustee's report of filed claims is filed. (See also rules 3007 and 9006(f) federal rules of bankruptcy procedure and rule 9013-1 local rules of bankruptcy procedures).

Within that ninety (90) day period and in the absence of written objections, the Trustee will distribute funds pursuant to the plan. Therefore disputed claims may receive disbursements until a written objection is filed.

You must contact your attorney immediately if you have questions or concerns.

The claim numbers assigned by this office are not the official claim numbers. Please refer to the claim numbers displayed on CM/ECF when filing documents in this case and do not refer to the claim number displayed by this office.

February 11, 2010

CC: Travis Gagnier
Po Box 3949
Federal Way,WA 98063-3949

K. Michael Fitzgerald, Trustee
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
www.seattlech13.com
Phone: (206) 624-5124
Fax:(206) 624-5282